No. 94–482. ENTERPRISE CONSOLIDATED SCHOOL DISTRICT, BY AND THROUGH ITS BOARD OF TRUSTEES *v.* LAUDERDALE COUNTY, MISSISSIPPI, SCHOOL DISTRICT, BY AND THROUGH ITS BOARD OF EDUCATION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–483. SUCCESSION OF RICORD *v.* ENERGY TRANSPORTATION CO. C. A. 5th Cir. Certiorari denied.

No. 94–485. BENIGNI *v.* COWLES MEDIA CO., DBA STAR TRIBUNE, ET AL. Ct. App. Minn. Certiorari denied.

No. 94–486. TAHOE KEYS PROPERTY OWNERS' ASSN. *v.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–491. WILDBERGER *v.* AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, COUNCIL 228, ET AL. Ct. App. D. C. Certiorari denied.

No. 94–495. QUISENBERRY *v.* BERK, TRUSTEE, ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–498. LINTZ ET AL. *v.* SKIPSKI ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–499. GARDNER ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–501. HINSHAW *v.* MAHLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–506. TILLMAN-BROWN ET AL. *v.* CITY OF SACRAMENTO ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 94–516. WILSON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 94–544. ZIESER ET AL. *v.* FARMERS HOME ADMINISTRATION ET AL. C. A. 8th Cir. Certiorari denied.